ACCEPTED
14-15-00271-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 8:12:48 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00271-CV

| | | |
|---|---|---|
| **PATRICIA BROWN**<br>**Plaintiff,** | § <br> § <br> § | **IN THE 14th COURT OF APPEALS** |
| **V.** | § <br> § <br> § | |
| **HEB GROCERY COMPANY, LP**<br>**Defendant.** | § <br> § | **HARRIS COUNTY, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 8:12:48 AM
CHRISTOPHER A. PRINE
Clerk

## APPELLANT'S MOTION FOR ADDITIONAL TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Appellant, Patricia Brown, pursuant to Rule 5, T.R.C.P., and requests that the Court grant Appellant additional time in which to file Appellant's Brief.

I.

The deadline for filing Appellant's Brief is July 24, 2015.

II.

Appellant has been unable to file Appellant's Brief for the following reasons, which constitute good cause: On June 11, 2015, Appellant requested the Clerk's record be supplemented. Appellee requested the Clerk's record be supplemented on June 3, 2015. As of the date of this filing, the Clerk's record has not been supplemented. The 190th District Court of Harris County was contacted on July 20, 2015 and Appellant has been informed that they are behind and could not give a specific date for when they could supplement the Clerk's record.

III.

This extension of time is sought so that justice may be done, and not for purposes of delay.

IV.

Appellant requests until 30 days from the date the Clerk's record is supplemented to file Appellant's Brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant requests the Court to grant until 30 days from the date the Clerk's record is supplemented to file Appellant's Brief.

Respectfully submitted,

By: _____ for Chad Jones
      Chad E. Jones                        an attorney in
      Texas Bar No. 24002369        his office
      Email: Jones@ChadJonesLaw.com
      P.O. Box 4408
      BRYAN, TX 77805
      Tel. (979) 595-5000
      Fax. (979) 764-1100
      Attorney for Appellant
      Patricia Brown

## CERTIFICATE OF SERVICE

I certify that on July 20, 2015 a true and correct copy of Appellant's Motion to Extend Time to File Appellant's Brief was served by fax on Kip Patterson at (713) 623-0290.

_____ for CEJ
Chad E. Jones